No. 91–370. PERRY *v.* SCHULZE, 502 U. S. 925. Petition for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

JUNE 17, 1992

No. 91–1717. DYNAMIC SEALS, INC., ET AL. *v.* SANDERS. Ct. App. Mich. Certiorari dismissed under this Court's Rule 46.